FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH

MAR 12 2024

GARY P. SEDAR
CLERK OF COURT
BY_____
DEPUTY CLERK

TRINA A. HIGGINS, United States Attorney (#7349)
ANGELA M. REDDISH-DAY, Assistant United States Attorney (#15910)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4262
Email: angela.reddish-day@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON TAYLOR ADAMS,<br>DOMNICK NICHOLAS SNELL, and<br>JARVUS KEITH LEWIS,<br><br>Defendants. | <u>INDICTMENT</u><br><br><u>COUNT I</u>: 18 U.S.C. § 2113(a),<br>Bank Robbery.<br><br>Case: 4:24-cr-00030<br>Assigned To : Nuffer, David<br>Assign. Date : 3/12/2024<br>Description: USA v. |

The Grand Jury Charges:

<u>COUNT I</u>
18 U.S.C. § 2113(a)
(Bank Robbery)

On or about December 18, 2023, in the District of Utah,

**AARON TAYLOR ADAMS,**

**DOMNICK NICHOLAS SNELL, and**
**JARVUS KEITH LEWIS,**

defendants herein, by force, violence, and intimidation, did take from the person and presence of another, an ATM service technician for Wells Fargo Bank, money belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, a bank located at 1218 East Riverside Drive, St. George, Utah, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and did aid and abet therein; in violation of 18 U.S.C. § 2113(a) and 18 U.S.C. § 2.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY


TRINA A. HIGGINS
United States Attorney


ANGELA M. REDDISH-DAY
Assistant United States Attorney